Sarai L. Thornton, Esq. (# 11067)
Sthornton@skanemills.com
Elizabeth C. Spaur (#10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorney for Defendant, RealPage, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ALGEO IV WEED,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASINGDESK SCREENING, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:24-cv-01560-GMN-MDC<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT REALPAGE, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Willia Algeo IV Weed ("Plaintiff") and Defendant RealPage, Inc. d/b/a LeasingDesk Screening ("RealPage"), by and through their undersigned counsel (collectively, "the Parties"), hereby stipulate as follows:

1. On August 23, 2024, Plaintiff filed his Complaint in the above-referenced matter.

2. On August 30, 2024, RealPage was served with Plaintiff's Complaint.

3. RealPage's current deadline to respond to the Complaint is September 20, 2024.

4. Good cause exists for RealPage's request to extend the current response deadline by 14 days, as RealPage is still investigating Plaintiff's claims.

5. Plaintiff does not oppose an extension of RealPage's time to respond to the Complaint so that the Parties may devote their time and energy to resolving this matter. Pursuant to Local Rule IA 6-1, RealPage respectfully requests the Court for an extension of time to file its responsive pleading for 14 days, which is up to and including October 4, 2024.

7534486.1

1

6. This stipulation is not for delay.

7. This is the first stipulation for an extension of time for RealPage to respond to the Complaint. No other deadlines will be affected by this extension.

Plaintiff has agreed to extend the deadline in which RealPage has to answer or otherwise respond to Plaintiff's Complaint up to and including October 4, 2024. This is the first stipulation for extension of time for RealPage to respond to Plaintiff's Complaint.

Dated: September 20, 2024

SKANE MILLS LLP

/s/ Elizabeth C. Spaur
_____
Sarai L. Thornton, Esq. (#11067)
Sthornton@skanemills.com
Elizabeth C. Spaur (#10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for RealPage, Inc.*

MARCUS & ZELMAN LLC

/s/ Ari Marcus
_____
Ari Marcus (*Admitted Pro Hac Vice*)
ari@marcuszelman.com
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
*Counsel for Plaintiff*

**ORDER**

The Joint Stipulation for Extension of Time for RealPage, Inc. d/b/a LeasingDesk Screening to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 24th day of September, 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

2

7534486.1