1  Sarai L. Thornton, Esq. (# 11067)
   Sthornton@skanemills.com
2  Elizabeth C. Spaur (# 10446)
   espaur@skanemills.com
3  SKANE MILLS LLP
4  1120 Town Center Drive, Suite 200
   Las Vegas, Nevada 89144
5  (702) 363-2535 / Fax (702) 363-2534

6  *Attorney for Defendant RealPage, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ALGEO IV WEED,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASINGDESK SCREENING, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:24-cv-01560-GMN-MDC<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT REALPAGE, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Willia Algeo IV Weed ("Plaintiff") and Defendant RealPage, Inc. d/b/a LeasingDesk Screening ("RealPage"), by and through their undersigned counsel (collectively, "the Parties"), hereby stipulate as follows:

1. On August 23, 2024, Plaintiff filed his Complaint in the above-referenced matter.

2. On September 20, 2024, the Parties filed their first Joint Stipulation to extend RealPage's time to respond to Plaintiff's Complaint.

3. RealPage's current deadline to respond to the Complaint is October 4, 2024.

4. Good cause exists for RealPage's request to extend the current response deadline by 14 days, as RealPage is still investigating Plaintiff's claims.

5. Plaintiff does not oppose an extension of RealPage's time to respond to the Complaint so that the Parties may devote their time and energy to resolving this matter. Pursuant to Local Rule IA 6-1, RealPage respectfully requests the Court for an extension of time to file its responsive

1

7570925.1

1  pleading for 14 days, which is up to and including October 18, 2024.

2        6.     This stipulation is not for delay.

3        7.     This is the second stipulation for an extension of time for RealPage to respond to the Complaint.  No other deadlines will be affected by this extension.

Plaintiff has agreed to extend the deadline in which RealPage has to answer or otherwise respond to Plaintiff's Complaint up to and including October 18, 2024.  This is the first stipulation for extension of time for RealPage to respond to Plaintiff's Complaint.

Dated this 4th day of October 2024.

SKANE MILLS LLP

 */s/ Elizabeth C. Spaur*

Elizabeth C. Spaur, Esq. (# 10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for RealPage, Inc.*


MARCUS & ZELMAN LLC

*/s/ Aria Marcus*

Ari Marcus (*Admitted Pro Hac Vice*)
ari@marcuszelman.com
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
*Counsel for Plaintiff*

2

7570925.1

**ORDER**

The Joint Stipulation for Extension of Time for RealPage, Inc. d/b/a LeasingDesk Screening to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 7th day of October, 2024.

_____
Hon. Maximiliano D. Couvillier III
**UNITED STATES MAGISTRATE JUDGE**

7570925.1

3