Ari H. Marcus, Esq.
*Admitted Pro Hac Vice*
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (845) 367-7146
FAX: (732) 298-6256
Email: ari@marcuszelman.com
*Attorneys for Plaintiff*
*William Algeo IV Weed*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Algeo IV Weed, <br><br> Plaintiff, <br><br> vs. <br><br> Equifax Information Services, LLC et al, <br><br> Defendants. | Case No.: **2:24-cv-01560-GMN-MDC** <br><br> **DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** |

### SUBMITTED IN COMPLIANCE WITH LR 26-1(b)

Plaintiff WILLIAM ALGEO IV WEED and Defendant EQUIFAX INFORMATION SERVICES, LLC, by and through their counsel of record, hereby submit their stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and 26, as well as LR 16-1 and 26-1.

It is hereby requested that the Court enter the following discovery plan and scheduling order:

**1. Discovery Plan:**

| | |
|---|---|
| Discovery Cut-Off | **05/01/2025** (180 days from the date Defendant filed its Answer) |
| Deadline to Amend Pleadings | **02/01/2025** (90 days prior to the close of discovery) |
| Deadline to Disclose Initial Expert Disclosures | **03/03/2025** (60 days prior to the close of discovery) |
| Deadline to Disclose Rebuttal Expert Disclosures | **04/03/2025** (30 days after the Initial Disclosure of Experts) |
| Deadline to File Dispositive Motions | **06/02/2025** (30 days after the close of discovery) |

**3. Pre-Trial Order:** The parties shall file a joint pretrial order no later than **7/02/2025** or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or further order of the Court.

**4. Extensions or Modifications of the Discovery Plan and Scheduling Order:** Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

**5. Initial Disclosures:** The parties shall make initial disclosures on or before **February 3, 2025.** Any party seeking damages shall comply Federal Rules of Civil Procedure 26(a)(1)(A)(iii).

2

**6. Protective Order:** The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents. Any such stipulated protective order will be sought no later than **February 14, 2025**.

**7. Electronic Service:** The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

**8. Alternative Dispute Resolution Certification:** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, early neutral evaluation. The parties have not reached any stipulations at this stage.

**9. Alternative Forms of Case Disposition Certification:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

**10. Electronically Stored Evidence.**

The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a CD is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

**11. Electronic Evidence Conference Certification:** The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method at this early stage.

Dated January 8, 2025

| /s/ Ari H. Marcus<br>Ari H. Marcus, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>(845) 367-7146<br>ari@marcuszelman.com<br>PRO HAC VICE<br>Attorney for Plaintiff | /s/ Gia Marina<br>Gia Marina, Esq.<br>CLARK HILL PLC<br>1700 South Pavilion Center Drive<br>Suite 500<br>Las Vegas, NV 89135<br>(702) 862-8300<br>gmarina@clarkhill.com<br>Attorney for Defendant<br>Equifax Information Services, LLC |
|---|---|

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 1/10/2025