| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Jennifer R. Brooks |
| 2 | State Bar No. 14480 |
| | jrbrooks@seyfarth.com |
| 3 | 2323 Ross Avenue |
| | Suite 1660 |
| 4 | Dallas, Texas 75201 |
| | Telephone: (469) 608-6730 |
| 5 | |
| | CLARK HILL, PLLC |
| 6 | Gia N. Marina, Nevada Bar No. 15276 |
| | gmarina@clarkhill.com |
| 7 | 1700 S. Pavilion Center Drive, Suite 500 |
| | Las Vegas, Nevada 89135 |
| 8 | Telephone: (702) 862-8300 |
| 9 | *Counsel for Defendant* |
| | *Equifax Information Services LLC* |
| 10 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| WILLIAM ALGEO IV WEED, | Civil Case No.: 2:24-cv-01560-GMN-MDC |
| Plaintiff, | **STIPULATION TO EXTEND PRETRIAL DEADLINES** |
| v. | |
| REALPAGE, INC. d/b/a LEASING DESK SCREENING, and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff William Algeo IV Weed ("Weed" or "Plaintiff"), and Defendant Equifax Information Services LLC ("Equifax" or "Defendant"), hereby file this Stipulation to Extend Pretrial Deadlines by approximately ninety (90) days, and respectfully show the Court as follows:

    1.    On January 10, 2025, this Court entered its Discovery Plan and Scheduling Order setting forth the pretrial deadlines for this litigation. ECF No. 28.

    2.    This is the first request for an extension of pretrial deadlines.

    3.    The parties are working diligently to complete discovery by May 1, 2025. Specifically, the Parties have exchanged initial disclosures and served discovery requests. The

316835270v.1

Parties are also working on scheduling the necessary depositions and are in the process of serving subpoenas to third parties.

4. Federal Rule of Civil Procedure 6(b) provides trial courts with the authority to extend time periods. The Parties believe good cause exists to extend the scheduling order given the discovery that is in progress but requires a completion timeframe that exceeds May 1, 2025.

5. As such, the Parties respectfully request that the Scheduling Order Deadlines be extended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-Off | May 1, 2025 | July 30, 2025 |
| Dispositive Motions | June 2, 2025 | September 1, 2025 |
| Pretrial Order | July 2, 2025 | October 1, 2025 |

6. The Parties believe this extension would allow the Parties sufficient time to further evaluate the claims and defenses, take upcoming party and third-party depositions, complete any necessary follow-up discovery, and facilitate settlement negotiations.

7. In addition, the parties are working in good faith to discuss potential resolution of this matter and have mutually agreed it is in the best interest of all Parties to extend the time while the Parties' settlement discussions remain ongoing. In addition, the Parties wish to conserve their respective resources as well as the Court's time and resources on this matter if a resolution can be achieved during this brief extension of time. The Parties are working together in good faith to work out any issues that arise due to the facts of this matter.

8. As such, good cause exists for the extension, no Party will be prejudiced, and the extension is not being sought for the purposes of delay.

WHEREFORE, Plaintiff William Algeo IV Weed and Defendant Equifax Information Services LLC hereby stipulate and request that the Court enter an Order extending the pretrial deadlines by ninety (90) days.

**IT IS SO ORDERED.**

DATED: 4/1/2025

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

316835270v.1

1  IT IS SO STIPULATED.

2  DATED: March 26, 2025

3  **MARCUS & ZELMAN, LLC**                    **SEYFARTH SHAW LLP**

By:  *Ari H. Marcus*                          By:  */s/ Jennifer R. Brooks*
   Ari H. Marcus, *Admitted Pro Hac Vice*         Jennifer R. Brooks, Bar No. 14480
   MARCUS & ZELMAN, LLC                           SEYFARTH SHAW LLP
   701 Cookman Avenue, Suite 300                  2323 Ross Avenue
   Asbury Park, New Jersey 07712                  Suite 1660
   Telephone: (845) 367-7146                      Dallas, Texas 75201
   ari@marcuszelman.com                           Telephone:  (469) 608-6730
                                                  Email: jrbrooks@seyfarth.com

   Michael Yancey III, NV # 16158                 Gia N. Marina
   Consumer Justice Law Firm PLC 2300             CLARK HILL, PLLC
   West Sahara Ave, Suite 800 Las Vegas,          1700 S. Pavilion Center Drive
   NV 89102 E:                                    Suite 500
   myancey@consumerjustice.com P:                 Las Vegas, NV 89135
   480-573-9272 F: 480-613-7733                   Telephone: (702) 697-7541
                                                  Email: gmarina@clarkhill.com

   *Counsel for Plaintiff*                        *Counsel for Defendant*
                                                  *Equifax Information Services LLC*

3

316835270v.1