Ari H. Marcus, Esq.
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: ari@marcuszelman.com
*Attorney for Plaintiff*
*William Algeo IV Weed*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **William Algeo IV Weed,**  **Plaintiff,**  -against-  **Equifax Information Services, LLC, and RealPage, Inc. d/b/a Leasing Desk Screening,**  **Defendants.** | Civil Case Number: 2:24-cv-01560-GMN-MDC |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Algeo IV Weed and Defendant Equifax Information Services, LLC (The Parties"), hereby stipulate to a dismissal of all Plaintiff's claims against the remaining Defendant **EQUIFAX INFORMATION SERVICES, LLC** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EQUIFAX INFORMATION SERVICES, LLC.**

Dated:        October 30, 2025

| | |
|---|---|
| /s/ Ari H. Marcus | /s/ Jennifer R. Brooks |
| Ari H. Marcus, Esq. | Jennifer R. Brooks |
| PRO HAC VICE | Seyfarth Shaw LLP |
| Marcus & Zelman, LLC | 2323 Ross Avenue |
| 701 Cookman Avenue, Suite 300 | Suite 1660 |
| Asbury Park, NJ 07712 | Dallas, TX 75201 |
| Tel: (732)-695-3282 | Tel: (469) 608-6730 |
| Email: ari@marcuszelman.com | Email: jrbrooks@seyfarth.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *William Algeo IV Weed* | *Equifax Information Services, LLC* |

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Court Judge

Dated:  October 30, 2025

STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC